UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,                :
                                                                                        :
                             Plaintiff,                                  :
                                                                                        :
                        v.                                   :       Civil Action
                                                                                        :       No. 23-cv-5567 (PGG)
                                                                                        :
BRUCE GARELICK,                                                            :       **NOTICE OF MOTION**
MICHAEL SHVARTSMAN, and                                       :
GERALD SHVARTSMAN,                                                :
                                                                                        :
                        Defendants.                            :
                                                                                        :
------------------------------------------------------------------------x

       PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in the criminal case *United States v. Shvartsman et al.*, 23 Cr. 307 (LJL) (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, and Nicolas Roos, Elizabeth A. Hanft, and Matthew R. Shahabian, Assistant United States Attorneys, will move this Court for an order (i) to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and (ii) to stay this case in its entirety until the conclusion of the Criminal Case, as well as for such other relief as the Court deems just and proper.

Dated: New York, New York
          September 1, 2023

                                                        Respectfully submitted,

                                                        DAMIAN WILLIAMS

                                                        United States Attorney

                                                        /s/_____
                                                        Nicolas Roos
                                                        Elizabeth A. Hanft
                                                        Matthew R. Shahabian
                                                        Assistant United States Attorneys
                                                        Telephone: (212) 637-2421/-2334/-1046