

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549**

**MEMO ENDORSED:** The conference is adjourned to November 16, 2023 at 10:00 a.m. The deadline for Plaintiff to respond to the Complaint is also extended to November 16, 2023.

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge
Date: October 3, 2023

**VIA ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

    Re:    *SEC v. Bruce Garelick, et al.*

Dear Judge Gardephe:

    On behalf of plaintiff, the Securities and Exchange Commission, undersigned counsel respectfully requests that the court adjourn the initial pretrial conference currently scheduled for October 12, 2023. This is the first adjournment of this hearing sought from the Court. Plaintiff seeks this adjournment because the U.S. Attorney's Office has filed a Motion to Intervene [ECF 26] and Motion to Stay [ECF 27] the proceedings in this Court. The disposition of those motions may affect both the timing and nature of any response by Defendants to the Complaint and the dates of a proposed schedule for litigation, which the Court has asked the parties to submit before the hearing. Undersigned counsel has conferred with counsel for the Defendants and they consent to this adjournment. The parties propose that the Court reschedule the hearing for a convenient date after it has ruled on the above-referenced Motions.

    Counsel for defendants also request that their time to answer or otherwise respond to the Complaint in this matter be extended to a date 30 days after the Court issues an order on the above-referenced Motions, for the reasons previously stated in their Letter Motion. ECF No. 29. Undersigned counsel consents to this requested extension.

    Respectfully submitted,

    _John Timmer_
    John B. Timmer
    Counsel for Plaintiff
    Securities and Exchange Commission
    (202) 551-7687
    timmerj@sec.gov

CC: All counsel of record (via ECF)