UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

- against -

BRUCE GARELICK, MICHAEL SHVARTSMAN, ROCKET ONE CAPITAL LLC, and GERALD SHVARTSMAN,

                Defendants.

**ORDER**

23 Civ. 5567 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Michael Shvartsman is also represented by Roland Riopelle, of Sercarz & Riopelle. The parties should be aware that the Court and Riopelle worked together as colleagues in the U.S. Attorney's Office in the 1990s. They developed a friendship that has continued to the present day, and they have socialized over the years.

      This relationship will have no bearing on the Court's rulings in this case, and the Court sees no basis for recusal. Any party that disagrees will file a letter setting forth the objection by **October 17, 2023**.

Dated: New York, New York
       October 10, 2023

                                SO ORDERED.

                                _____
                                Paul G. Gardephe
                                United States District Judge