

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

November 2, 2023

**VIA ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

    Re:    *SEC v. Bruce Garelick, et al.*, No. 23 CV 5567 (PGG)

Dear Judge Gardephe:

    On behalf of Plaintiff, the Securities and Exchange Commission, undersigned counsel respectfully requests that the court adjourn the initial pretrial conference currently scheduled for November 16, 2023.  This is the second adjournment of this hearing sought from the Court. On October 3, 2023, the Court adjourned the hearing and the deadline for the Defendants to respond to the complaint to November 16, 2023.

    Plaintiff seeks a second adjournment because the U.S. Attorney's Office Motion to Intervene [ECF 26] and Motion to Stay [ECF 27] the proceedings in this Court remain pending.  The disposition of those motions may affect both the timing and nature of any response by Defendants to the Complaint and the dates of a proposed schedule for litigation, which the Court has asked the parties to submit before the hearing.  Undersigned counsel has conferred with counsel for the Defendants and they consent to this adjournment.  The parties propose that the Court reschedule the hearing for a convenient date after it has ruled on the above-referenced Motions.

Counsel for Defendants also request that their time to answer or otherwise respond to the Complaint in this matter be extended to a date 30 days after the Court issues an order on the above-referenced Motions, for the reasons previously stated in their Letter Motion [ ECF No. 29]. Undersigned counsel consents to this requested extension.

Respectfully submitted,

/s/
Michelle Zamarin
Counsel for Plaintiff
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549

CC: All counsel of record (via ECF)

**MEMO ENDORSED:** Defendants' application for an extension of their time to answer is granted. The conference currently scheduled for November 16, 2023 is adjourned to **December 14, 2023 at 10:00 a.m.**

SO ORDERED.

Paul G. Gardephe
United States District Judge
Dated: November 9, 2023