

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

December 8, 2023

**VIA ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

      Re:    *SEC v. Bruce Garelick, et al.*, No. 23 CV 5567 (PGG)

Dear Judge Gardephe:

      On behalf of Plaintiff, the Securities and Exchange Commission, undersigned counsel, with the consent of all defendants, respectfully requests that the court adjourn the initial pretrial conference currently scheduled for December 14, 2023, for January 11, 2024.  This is the third adjournment of this hearing sought from the Court. On November 2, 2023, the Court adjourned the hearing to December 14, 2023.

      Plaintiff seeks a third adjournment because the U.S. Attorney's Office Motion to Intervene [ECF 26] and Motion to Stay [ECF 27] the proceedings in this Court remain pending.  The disposition of those motions may affect the proposed schedule for litigation, which would presumably be relevant for the initial pretrial conference. Undersigned counsel has conferred with counsel for the Defendants and they consent to this adjournment.

      Respectfully submitted,

      _/s/_ *John B. Timmer*_____
      John B. Timmer
      Counsel for Plaintiff
      Securities and Exchange Commission
      100 F Street NE
      Washington, DC 20549

CC: All counsel of record (via ECF)

**MEMO ENDORSED:** The application is granted. The conference currently scheduled for December 14, 2023 is adjourned to **January 11, 2024 at 3:00 p.m.**

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge

Date: December 8, 2023